1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Facsimile: (619) 557-5004
   Email: thomas.stahl@usdoj.gov
7
   Attorneys for the Plaintiff
8

FILED

08 JAN 24 PM 12: 54

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

9
              UNITED STATES DISTRICT COURT
10
            SOUTHERN DISTRICT OF CALIFORNIA
11
   THE UNITED STATES OF AMERICA,        )    08 CV 0143 W BLM
12                                       )
              Plaintiff,                 )    COMPLAINT IN CONDEMNATION
13                                       )    With Declaration of Taking
        v.                               )    40 U.S.C. § 3114
14                                       )
   9.36 ACRES OF LAND, MORE OR LESS,     )
15 SITUATE IN IMPERIAL COUNTY,           )
   STATE OF CALIFORNIA; AND,             )
16 JOSEPH J. MENVIELLE AND               )
   CYNTHIA L. MENVIELLE, et al.          )
17                                       )
              Defendants.                )
18 _____)

19        1.      This is an action of a civil nature brought by the United States of America at the request

20 of the Secretary of the Department of Homeland Security, through the Acting Executive Director, Asset

21 Management, of U.S. Customs and Border Protection, for the taking of property, under the power of

22 eminent domain through a Declaration of Taking, and for the determination and award of just

23 compensation to the owners and parties in interest.

24        2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

25        3.      The authority for the taking of the land is under and in accordance with the authorities

26 set forth in Schedule "A" attached hereto and made a part hereof.

27        4.      The public purpose for which said property is taken is set forth in Schedule "B" attached

28 hereto and made a part hereof.

1    5.    A general description of the land being taken is set forth in Schedule "C" attached hereto

2  and made a part hereof.  A plan showing the property being taken is shown on Schedule "D" attached

3  hereto and made a part hereof.

4    6.    The interest(s) being acquired in the property is described in Schedule "E" attached hereto

5  and made a part hereof.

6    7.    The names and addresses of known parties having or claiming an interest in said property

7  are set forth in Schedule "F" attached hereto and made a part hereof.

8    8.    Local and state taxing authorities may have or claim an interest in the property by reason

9  of taxes and assessments due and exigible.

10    9.    In addition to those persons named, there are or may be others who have or may have

11  some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such

12  persons are made parties in the action under the designation "Other Interested Parties."

13    WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and

14  that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful

15  and proper.

16  DATED: January 24, 2008                  Respectfully submitted,

17                                           KAREN P. HEWITT
                                             United States Attorney
18

19                                           Tom Stahl

20                                           TOM STAHL
                                             Assistant U.S. Attorney
                                             Chief, Civil Division
21                                           Attorneys for Plaintiff

22

23

24

25

26

27

28

SCHEDULE "A"

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

Cpt. in Condemnation (9.36 Acres of Land)

SCHEDULE "B"

PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

Cpt. in Condemnation (9.36 Acres of Land)

SCHEDULE "C"

GENERAL DESCRIPTION

Tract Number ELC-CAX-1000

A strip of land of the uniform width of 60 feet and 6,798 feet +/- long, which is adjacent and parallel to the United States of America/Mexico international boundary, being part of Lots 1, 2 and 3, Section 14, Township 17 South, Range 15 East, San Bernardino Meridian, according to the official plat thereof, Imperial County, California.

Containing 9.36 acres, more or less.

Cpt. in Condemnation (9.36 Acres of Land)

SCHEDULE "D"

Parcel Map - Tract Number ELC-CAX-1000



Legend: red line is subject property

Cpt. in Condemnation (9.36 Acres of Land)

SCHEDULE "E"

ESTATE TAKEN

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 180 days later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule "C" to survey, make borings, and conduct other investigatory work for the purposes described in Schedule "B" and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

Cpt. in Condemnation (9.36 Acres of Land)

SCHEDULE "F"

NAMES AND ADDRESSES OF PURPORTED OWNERS:

Joseph J. Menvielle and Cynthia L. Menvielle
1296 Van Nuys Street
San Diego, California 92109-1255

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  619-557-7140
Tom Stahl, Asst. U.S. Attorney, Chief,
Civil Div., Off. of the U.S. Attorney
880 Front St.  Rm 6293, San Diego, CA 92101

## DEFENDANTS
9.36 Acres of Land, More or Less, Situated in Imperial County, State of California and Joseph Menvielle & Cynthia Menvielle, et al.

County of Residence of First Listed Defendant  Imperial County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.
BY: _____ DEPUTY

Attorneys (If Known)

'08 CV 0143 W BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                     and One Box for Defendant)

|                                  | PTF | DEF |                                                   | PTF | DEF |
|----------------------------------|-----|-----|---------------------------------------------------|-----|-----|
| Citizen of This State            | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State         | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                              | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 370 Other Fraud | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **CIVIL RIGHTS** | ☐ 380 Other Personal Property Damage | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☒ 210 Land Condemnation | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 385 Property Damage Product Liability | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | ☐ 530 General | | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | |
| | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. Section 3114

Brief description of cause:
Land Condemnation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  1/24/08

SIGNATURE OF ATTORNEY OF RECORD
Tom Stahl

Tom Stahl, Chief, Civil Division
U.S. Attorneys Office

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

