

**U.S. Department of Justice**

***Karen P. Hewitt***
*United States Attorney*
*Southern District of California*

| | |
|---|---|
| *TOM STAHL*<br>*Chief, Civil Division* | *(619) 557-7140*<br>*Fax (619) 557-5004* |

| | |
|---|---|
| *San Diego County Office*<br>*Federal Office Building*<br>*880 Front Street, Room 6293*<br>*San Diego, California 92101-8893* | *Imperial County Office*<br>*321 South Waterman Avenue*<br>*Room 204*<br>*El Centro, California 92243-2215* |

January 25, 2008



Clerk of Court
United States District Court
for the Southern District of California
880 Front Street, 4th Floor
San Diego CA 92101

    Re:   Deposit of funds in Court Registry in the land condemnation case of
           <u>United States of America v. 9.36 Acres of Land, et al.</u>
           Case No. 08cv143-W(BLM)

Dear Sir/Madam:

    Please accept for deposit the enclosed check #1050 in the amount of One Hundred Dollars ($100.00), and credit it to the above referenced case. The check constitutes the United States of America's good faith estimate of just compensation for taking the interest in the land at issue in the case. Please provide a receipt that references this case.

    Thank you for your courtesy and assistance in this matter. If you have any questions, please do not hesitate to call me.

                                    Very truly yours,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    *Tom Stahl*

                                    TOM STAHL
                                    Chief, Civil Division

Encl.

```
           UNITED STATES
           DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

          #  146872      - SR
          * * C O P Y * *
          January 25, 2008
              14:59:19


                Registry
    USAO #.: 08CV0143
    Judge..: THOMAS J WHELAN
    Amount.:              $100.00 CK
    Check#.: BC#1049



       Total->   $100.00


    FROM: USA V. 9.36 ACRES OF LAND
```