KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140
Facsimile: (619) 557-5004
Email: thomas.stahl@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08CV0143-W(BLM) |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| | [Civil Local Rule 40.1(e)] |
| 9.36 ACRES OF LAND, MORE OR LESS, SITUATED IN IMPERIAL COUNTY, STATE OF CALIFORNIA; AND, JOSEPH J. MENVIELLE AND CYNTHIA L. MENVIELLE, | |
| Defendants. | |

PLEASE TAKE NOTICE that the above-captioned case is related to **Civil Case No. 08CV0142-IEG(AJB)**. Both cases arise from substantially identical transactions, namely, the taking by the United States of a 180-day right of entry onto the subject property for the purpose of conducting limited testing and survey work in support of planning to implement the congressional directive to secure the border between the United States and Mexico. Further, the cases call for determination of the same or substantially identical questions of law and the handling of these cases by one judge would avoid substantial duplication of labor and will conserve the resources of the court.

//

//

//

1  It is therefore requested that the above-captioned case be re-assigned to Chief Judge Irma E. Gonzalez for all further proceedings.

DATED: February 7, 2008            Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Tom Stahl

TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
Attorneys for Plaintiff
Email: thomas.stahl@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 9.36 ACRES OF LAND, MORE OR LESS, ) <br> SITUATED IN IMPERIAL COUNTY, ) <br> STATE OF CALIFORNIA; AND, ) <br> JOSEPH J. MENVIELLE AND ) <br> CYNTHIA L. MENVIELLE, ) <br> ) <br> Defendants. ) | Case No.: 08CV0143-W(BLM) <br><br> CERTIFICATE OF SERVICE <br> BY MAIL |

STATE OF CALIFORNIA   )ss
COUNTY OF SAN DIEGO )

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of :

NOTICE OF RELATED CASE (dated 02/07/08) [Civil Local Rule 40.1(e)] on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Joseph J. Menvielle                                  Cynthia L. Menvielle
1296 Van Nuys Street                             1296 Van Nuys Street
San Diego, CA 92109-1255                     San Diego, CA 92109-1255

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2008.

_Lori Aragon MacDonald_
Lori Aragon MacDonald