|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>9.36 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; AND, JOSEPH J. MENVIELLE AND CYNTHIA L. MENVIELLE,<br><br>    Defendants. | Case No.: 08CV0143-IEG (AJB)<br><br>CERTIFICATE OF SERVICE BY MAIL |

STATE OF CALIFORNIA  )ss
COUNTY OF SAN DIEGO  )

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of :

1)  EX PARTE APPLICATION FOR IMMEDIATE DELIVERY OF POSSESSION [ 40 U.S.C. §§3114] (dated 02/22/08)

2)  AFFIDAVIT IN SUPPORT OF MOTION FOR IMMEDIATE POSSESSION (dated 01/22/08)

3)  [PROPOSED] ORDER FOR DELIVERY OF POSSESSION

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Joseph J. Menvielle
1296 Van Nuys Street
San Diego, CA 92109-1255

Cynthia L. Menvielle
1296 Van Nuys Street
San Diego, CA 92109-1255

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2008.

_____
Lori Aragon MacDonald