| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | TOM STAHL<br>Assistant U.S. Attorney |
| 3 | Chief, Civil Division<br>California State Bar No. 078291 |
| 4 | Office of the U.S. Attorney<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893<br>Telephone: (619) 557-7140 |
| 6 | Facsimile: (619) 557-5004<br>Email: thomas.stahl@usdoj.gov |
| 7 | |
| 8 | Attorneys for the Plaintiff |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No.: 08CV0143-IEG (AJB) |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE<br>BY MAIL |
| 9.36 ACRES OF LAND, MORE OR LESS,<br>SITUATE IN IMPERIAL COUNTY,<br>STATE OF CALIFORNIA; AND,<br>JOSEPH J. MENVIELLE AND<br>CYNTHIA L. MENVIELLE, | ) | |
| Defendants. | ) | |

STATE OF CALIFORNIA    )ss
COUNTY OF SAN DIEGO   )

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of :

ORDER FOR DELIVERY OF POSSESSION (issued 02/26/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Joseph J. Menvielle                                         Cynthia L. Menvielle
1296 Van Nuys Street                                     1296 Van Nuys Street
San Diego, CA 92109-1255                            San Diego, CA 92109-1255

1  the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2008.

*Lori Aragon MacDonald*
Lori Aragon MacDonald